

July 9, 2025

Hon. Judge John P. Cronan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RE: **WILLIAMS v. TAM35 CAFÉ LLC, et al.
DOCKET NO. 1:25-cv-2847**

Dear Judge Cronan:

    The undersigned represents Jeffery Williams, the plaintiff in the above-referenced matter. I write to advise the Court that the parties have reached a settlement in principle and are in the process of finalizing settlement terms. We anticipate that a Stipulation of Dismissal with Prejudice will be filed within sixty (60) days, and likely sooner.

    Accordingly, the undersigned respectfully requests that the Court stay all deadlines, and grant the parties sixty (60) days to finalize settlement and file dismissal papers.

    Thank you for your time and consideration on this matter.

Respectfully,

Gabriel A. Levy