UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

| | |
|---|---|
| JEFFERY WILLIAMS, | Civil Action No. |
| Plaintiff, | 1:25-cv-2847 |
| -against- | |
| TAM35 CAFÉ LLC d/b/a RED BEARD And 192-4 1st AVE NPG, LLC, | JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |
| Defendants. | |

_____x

Plaintiff, Jeffery Williams, and Defendants, Tam35 Café LLC d/b/a Red Beard and 192-4 1st Ave NPG, LLC, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, each party shall bear its respective fees and costs.

Dated: July 10, 2025

By: *Gabriel Levy*

Gabriel A. Levy, Esq.
*Attorney for Plaintiff*
Gabriel A. Levy, P.C.
1129 Northern Blvd, Ste 404
Manhasset, NY 11030
T: 347-941-4715
Glevy@glpcfirm.com

By: *MK*

Mark S. Kaufman, Esq.
*Attorneys for Defendant Tam35 Café LLC*
Kaufman & Kahn, LLP
10 Grand Central
155 East 44th Street, Ste 19th Floor
New York, NY 10017
T : 212-293-5556
Kaufman@kaufmankahn.com

By: *JC*

Juan C. Gonzalez, Esq.
*Attorneys for Defendant 192-4 1st Ave NPG, LLC*
Rubin Paterniti Gonzalez Rizzo Kaufman LLP
800 Third Avenue, Ste 9th Floor
New York, NY 10022
T : 646-893-2386
Gonzalez@rpgrklaw.com